UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED
May 9, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NUMBER: 2:13-cr-00165-TLN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| STACEY MISTLER, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Stacey Mistler; Case 2:13-cr-00165-TLN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_  Unsecured Appearance Bond in the amount of $100,000, co-signed by Brian Gershmel, Jennifer Mistler, and Ronald Mistler.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  5/9/2013  at  2:20 pm

By  _Carolyn Delaney_
Carolyn K. Delaney
United States Magistrate Judge