HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STACEY MISTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR. S-13-165 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER VACATING |
| | ) STATUS CONFERENCE SETTING STATUS |
| v. | ) CONFERENCE AND EXCLUDING TIME |
| STACEY MISTLER, et al., | ) Date : June 13, 2013 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: Troy L. Nunley |

The United States of America, by and through Olusere Olowoyeye, Assistant United States Attorney, together with the defendant, Stacey Mistler, through Matthew C. Bockmon, Assistant Federal Defender, agree to vacate the status conference date of May 16, 2013 and setting the status conference for June 13, 2013 at 9:30 a.m. for the following reason:

Counsel for the defendant needs additional time to review over 300 pages of discovery the Government will provide on May 13, 2013.

The parties agree that the Court should exclude time from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The exclusion of time is from May 13, 2013 until June 13, 2013.

Dated:  May 13, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

 /s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
STACEY MISTLER

Dated: May 13, 2013

BENJAMIN B. WAGNER
United States Attorney

 /s/ Matthew C. Bockmon for
OLUSERE OLOWOYEYE
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 15, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for Thursday, May 16, 2013, be vacated and that a status conference be set for **Thursday, June 13, 2013, at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 15, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of May 13, 2013, through and including June 13, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated:  May 15, 2013

Troy L. Nunley
United States District Judge