HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
STACEY MISTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-13-165 TLN |
| Plaintiff, | STIPULATION AND ORDER VACATING STATUS CONFERENCE SETTING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| STACEY MISTLER, et al., | Date : August 1, 2013 |
| Defendants. | Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

The United States of America, by and through Olusere Olowoyeye, Assistant United States Attorney, together with the defendant, Stacey Mistler, through Matthew C. Bockmon, Assistant Federal Defender, agree to vacate the status conference date of July 11, 2013 and setting the status conference for August 1, 2013 at 9:30 a.m. for the following reason:

Counsel for the defendant needs additional time to review over 300 pages of discovery provided by the Government.

The parties agree that the Court should exclude time from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  The exclusion of time is from July 9, 2013 until August 1, 2013.

Dated: July 9, 2013

                                               Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender

                                               */s/ Matthew C. Bockmon*
                                               MATTHEW C. BOCKMON
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               STACEY MISTLER

Dated: July 9, 2013                           BENJAMIN B. WAGNER
                                               United States Attorney

                                               */s/ Matthew C. Bockmon for*
                                               OLUSERE OLOWOYEYE
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on July 10, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for Thursday, July 11, 2013, be vacated and that a status conference be set for **Thursday, August 1, 2013, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 10, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of July 9, 2013, through and including August 1, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: July 10, 2013

                                                                 Troy L. Nunley
                                                                 United States District Judge