HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
STACEY MISTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-13-165 TLN |
| Plaintiff, | STIPULATION AND ORDER VACATING STATUS CONFERENCE SETTING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| STACEY MISTLER and CHARLES CONNOR, | Date : September 12, 2013<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |
| Defendants. | |

The United States of America, by and through Olusere Olowoyeye, Assistant United States Attorney, together with the defendant, Stacey Mistler, through Matthew C. Bockmon, Assistant Federal Defender and defendant, Charles Connor, through his counsel, Linda Parisi, agree to vacate the status conference date of August 1, 2013 and set the status conference for September 12, 2013 at 9:30 a.m. for the following reason:

The reasons for this request is to allow defense counsel to review discovery, for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties agree that the Court should exclude time from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The exclusion of time is from July 29, 2013 until September 12, 2013.

Dated:  July 29, 2013

                                Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Matthew C. Bockmon*
                                MATTHEW C. BOCKMON
                                Assistant Federal Defender
                                Attorney for Defendant
                                STACEY MISTLER

Dated:  July 29, 2013

                                */s/ Matthew C. Bockmon for*
                                LINDA PARISI
                                Attorney for Defendant
                                CHARLES CONNOR

Dated: July 29, 2013                  BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Matthew C. Bockmon for*
                                OLUSERE OLOWOYEYE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## O R D E R

Based on the reasons set forth in the stipulation of the parties filed on July 30, 2013, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for Thursday, August 1, 2013, be vacated and that a status conference be set for **Thursday, September 12, 2013, at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 30, 2013 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of July 29, 2013, through and including September 12, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated:        July 30, 2013

                                Troy L. Nunley
                                United States District Judge