LINDA M. PARISI
LAW OFFICES OF WING & PARISI
1101 E Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Charles Connor

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>v.<br><br>CHARLES CONNOR AND STACEY MISTLER,<br><br>                                      Defendants. | CASE NO.  2:13-cr-00165-TLN<br><br>**AMENDED STIPULATION REGARDING  EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br> Date :  October 17, 2013<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

Defendant Charles Connor, by and through Linda M. Parisi, his counsel of record, Defendant Stacey Mistler by and through her counsel of record, Matthew Bockmon, and plaintiff, by and through its counsel, Olusere Olowoyeye  hereby stipulate as follows:

1.       By previous order, this matter was set for status on October 17, 2013.

2.      By this stipulation, the defendants now moves to continue the status conference until December 5, 2013, at 9:30 a.m. and to exclude time between October 17, 2013 and December 5, 2013 under Local Code T4.  The United States does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

a.       The United States has represented that the discovery associated with this case includes investigative reports and related documents.

b.      Counsel for Mr. Connor and Ms. Mistler need additional  time to consult, to review discovery,  and to discuss potential resolutions, including setting the matter for trial.

c.      Counsel for defendants  Mr. Connor and Ms. Mistler believe that failure to grant the above-requested  continuance  would  deny  them  the  reasonable  time  necessary  for  effective preparation, taking into account the exercise of due diligence.

d.      The United States Attorney agrees to the continuance.

e.      All counsel agrees to the continuance.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of October 17, 2013 to December 5, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  October 10, 2013

Respectfully Submitted,

/s/ Linda M. Parisi by e-mail authorization

_____
Linda M. Parisi
Attorney for Charles Connor

Dated: October 10, 2013

Respectfully submitted

Federal Defender

/s/ Linda M. Parisi by e-mail authorization

_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant STACEY MISTLER

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

Dated: October 10, 2013                BENJAMIN B. WAGNER United States Attorney


                                       /s/ Linda M. Parisi by e-mail authorization
                                       _____
                                       OLUSERE OLOWOYEYE
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


## ORDER

        Based on the reasons set forth in the stipulation of the parties filed on October 10, 2013, and

good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS

HEREBY ORDERED that the status conference currently set for October 17, 2013, be vacated and

that a status conference be set for Thursday, December 5, 2013, at 9:30 a.m. The Court finds that the

ends of justice to be served by granting a continuance outweigh the best interests of the public and

the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated

in the parties' October 10, 2013 stipulation, the time within which the trial of this matter must be

commenced under the Speedy Trial Act is excluded during the time period of October 17, 2013,

through and including December 5, 2013, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and

Local Code T4.

Dated: October 11, 2013


                                                    _____
                                                    Troy L. Nunley
                                                    United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time