BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STACEY MISTLER, AND CHARLES CONNOR, <br><br> Defendants. | CASE NO. 2:13-CR-0165 TLN <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: December 5, 2013 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on December 5, 2013.

2. By this stipulation, defendants now move to continue the status conference until February 13, 2014, and to exclude time between December 5, 2013, at 9:30 a.m., and February 13, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 333 bate stamped pages including investigative reports and bank records. This entire discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to consult with their clients, review the discovery, and discuss potential resolutions.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 5, 2013 to February 13, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 3, 2013        BENJAMIN B. WAGNER
                    United States Attorney

                    /s/ OLUSERE OLOWOYEYE
                    OLUSERE OLOWOYEYE
                    Assistant United States Attorney

Dated:  December 3, 2013        /s/ LINDA PARISI by email authorization
                    LINDA PARISI
                    Counsel for Defendant
                    CHALES CONNOR

Dated:  December 3, 2013                    /s/ MATT BOCKMAN by email authorization
                                            MATT BOCKMAN
                                            Assistant Federal Public Defender for Defendant
                                            STACEY MISTLER

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 3rd day of December, 2013

_____
Troy L. Nunley
United States District Judge