BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>STACEY MISTLER, AND<br>CHARLES CONNOR,<br><br>                    Defendants. | CASE NO.  2:13-CR-0165 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 13, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for status on February 13, 2014.

2.      By this stipulation, defendants now move to continue the status conference until April 3, 2014, at 9:30 a.m., and to exclude time between February 13, 2014, and April 3, 2014, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

    a)      The government has represented that the discovery associated with this case includes over 333 bate stamped pages including investigative reports and bank records.  This entire discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)      Counsel for defendants desire additional time to consult with their clients, review the discovery, and discuss potential resolutions.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 13, 2014 to April 3, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 10, 2014                            BENJAMIN B. WAGNER
                                                    United States Attorney

                                                    /s/ OLUSERE OLOWOYEYE
                                                    OLUSERE OLOWOYEYE
                                                    Assistant United States Attorney

Dated:  February 10, 2014                            /s/ LINDA PARISI by email authorization
                                                    LINDA PARISI
                                                    Counsel for Defendant
                                                    CHALES CONNOR

Dated:  February 10, 2014                    /s/ MATT BOCKMAN by email authorization
                                             MATT BOCKMAN
                                             Assistant Federal Public Defender for Defendant
                                             STACEY MISTLER

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 14th day of February, 2014.


_____
Troy L. Nunley
United States District Judge