HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
STACEY MISTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STACEY MISTLER and CHARLES CONNOR,<br><br>　　　　Defendants. | Case No.  2:13-cr-165 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: May 15, 2014<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

　　　　The United States of America, by and through Olusere Olowoyeye, Assistant United States Attorney, together with the defendant, Stacey Mistler, through Matthew C. Bockmon, Assistant Federal Defender and defendant, Charles Connor, through his counsel, Linda Parisi, agree to vacate the status conference date of April 3, 2014 and set the status conference for May 15, 2014 at 9:30 a.m. for the following reason:

　　　　The reasons for the request are to allow defense counsel to review discovery, for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition.

　　　　The parties agree that the Court should exclude time from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be

served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  The exclusion of time is from April 1, 2014 until May 15, 2014.

                    Respectfully submitted,

Dated:  April 1, 2014         HEATHER E. WILLIAMS
                                   Federal Defender

                    */s/ MATTHEW C. BOCKMON*
                    MATTHEW C. BOCKMON
                    Assistant Federal Defender
                    Attorney for Defendant
                    STACEY MISTLER

Dated:  April 1, 2014

                    */s/ Matthew C. Bockmon* for
                    LINDA PARISI
                    Attorney for Defendant
                    CHARLES CONNOR

Dated: April 1, 2014          BENJAMIN B. WAGNER
                                   United States Attorney

                    */s/ Matthew C. Bockmon* for
                    OLUSERE OLOWOYEYE
                    Assistant U.S. Attorney
                    Attorney for Plaintiff

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on April 1, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for Thursday, April 3, 2014, be vacated and that a status conference be set for Thursday, May 15, 2014, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 1, 2014 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of

April 1, 2014, through and including May 15, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: April 1, 2014

_____
Troy L. Nunley
United States District Judge

Stipulation to Continue Status Conference         *U.S. v. Mistler, et al., 13-cr-165 TLN*