HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
STACEY MISTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>STACEY MISTLER and CHARLES CONNOR,<br><br>    Defendants. | Case No.  2:13-cr-165 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: June 26, 2014<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

The United States of America, by and through Olusere Olowoyeye, Assistant United States Attorney, together with the defendant, Stacey Mistler, through Matthew C. Bockmon, Assistant Federal Defender and defendant, Charles Connor, through his counsel, Linda Parisi, agree to vacate the status conference date of May 15, 2014 and set the status conference for June 26, 2014 at 9:30 a.m. for the following reason:

The reasons for the request are to allow defense counsel to review discovery, for defense preparation and for meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties agree that the Court should exclude time from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be

served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  The exclusion of time is from May 7, 2014 until June 26, 2014.

                                        Respectfully submitted,

Dated:  May 7, 2014                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                        */s/ MATTHEW C. BOCKMON*
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        STACEY MISTLER

Dated:  May 7, 2014

                                        /s/ *Matthew C. Bockmon* for
                                        LINDA PARISI
                                        Attorney for Defendant
                                        CHARLES CONNOR

Dated: May 7, 2014                   BENJAMIN B. WAGNER
                                                 United States Attorney

                                        /s/ *Matthew C. Bockmon* for
                                        OLUSERE OLOWOYEYE
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

## **O R D E R**

     Based on the reasons set forth in the stipulation of the parties filed on May 7, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for Thursday, May 15, 2014, be vacated and that a status conference be set for Thursday, June 26, 2014, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 7, 2014 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of

May 7, 2014, through and including June 26, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: May 8, 2014

_____
Troy L. Nunley
United States District Judge