HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
STACEY MISTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STACEY MISTLER,<br><br>　　　　　Defendant. | Case No. 2:13-cr-165 TLN<br><br>**AMENDED** STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: July 31, 2014<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

　　　　The United States of America, by and through Olusere Olowoyeye, Assistant United States Attorney, together with the defendant, Stacey Mistler, through Matthew C. Bockmon, Assistant Federal Defender agree to vacate the status conference date of June 26, 2014 and set a change of plea for July 31, 2014 at 9:30 a.m. for the following reason:

　　　　The reason for the request is to allow defense counsel to review the proposed plea agreement with the defendant in preparation for her change of plea.

　　　　The parties agree that the Court should exclude time from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. The exclusion of time is from June 24, 2014 until July 31, 2014.

Respectfully submitted,

Dated:  June 24, 2014          HEATHER E. WILLIAMS
                                Federal Defender


                                */s/ MATTHEW C. BOCKMON*
                                MATTHEW C. BOCKMON
                                Assistant Federal Defender
                                Attorney for Defendant
                                STACEY MISTLER


Dated: June 24, 2014           BENJAMIN B. WAGNER
                                United States Attorney

                                 /s/ *Matthew C. Bockmon* for
                                OLUSERE OLOWOYEYE
                                Assistant U.S. Attorney
                                Attorney for Plaintiff


# **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on June 24, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for Thursday, June 26, 2014, be vacated and that a change of plea be set for Thursday, July 31, 2014, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 24, 2014 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of June 24, 2014, through and including July 31, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: June 24, 2014

_____
Troy L. Nunley
United States District Judge