1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW C. BOCKMON, #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710

5  Attorney for Defendant
   STACEY MISTLER
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        ) Case No.  2:13-cr-165 TLN
11                                   )
                 Plaintiff,          ) STIPULATION AND ORDER CONTINUING
12                                   ) STATUS CONFERENCE
           vs.                       )
13                                   ) Date: October 2, 2014
   STACEY MISTLER,                   ) Time: 9:30 a.m.
14                                   ) Judge: Hon. Troy L. Nunley
                 Defendant.          )
15                                   )
                                     )
16 ────────────────────────────────  )

17         The United States of America, by and through Olusere Olowoyeye, Assistant United

18 States Attorney, together with the defendant, Stacey Mistler, through Matthew C. Bockmon,

19 Assistant Federal Defender, agree to vacate the change of plea date of August 28, 2014 and set it

20 for October 2, 2014 at 9:30 a.m. for the following reason:

21         The reason for the request is to allow defense counsel to review the proposed plea

22 agreement with the defendant in preparation for her change of plea.

23         The parties agree that the Court should exclude time from computation under the Speedy

24 Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to

25 provide defense counsel with the reasonable time to prepare, and that the ends of justice to be

26 served by granting the continuance outweigh the best interests of the public and the defendant in

27 a speedy trial.  The exclusion of time is from August 22, 2014 until October 2, 2014.

28

   Stipulation and Order to Continue Status Conference          *U.S. v. Mistler, et al., 2:13-cr-165 TLN*

1
2
                                          Respectfully submitted,

3    Dated:  August 22, 2014              HEATHER E. WILLIAMS
                                          Federal Defender
4

5                                         */s/ MATTHEW C. BOCKMON*
                                          MATTHEW C. BOCKMON
6                                         Assistant Federal Defender
                                          Attorney for Defendant
7                                         STACEY MISTLER
8

9    Dated: August 22, 2014              BENJAMIN B. WAGNER
                                          United States Attorney
10

11                                         */s/ Matthew C. Bockmon* for
                                          OLUSERE OLOWOYEYE
12                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
13

14                                 **O R D E R**

15          Based on the reasons set forth in the stipulation of the parties filed on August 22, 2014,

16   and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.

17   IT IS HEREBY ORDERED that the change of plea currently set for Thursday, August 28, 2014,

18   be vacated and set for Thursday, October 2, 2014, at 9:30 a.m.  The Court finds that the ends of

19   justice to be served by granting a continuance outweigh the best interests of the public and the

20   defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons

21   stated in the parties' August 22, 2014 stipulation, the time within which the trial of this matter

22   must be commenced under the Speedy Trial Act is excluded during the time period of August 22,

23   2014, through and including October 2, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv)

24   and Local Code T4.

25   Dated: August 25, 2014

26
                                          _____
27                                         Troy L. Nunley
                                          United States District Judge
28