```
HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
STACEY MISTLER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:13-cr-165 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
|  | ) STATUS CONFERENCE |
| vs. | ) |
| STACEY MISTLER, | ) Date: December 18, 2014 |
|  | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

    The United States of America, by and through Olusere Olowoyeye, Assistant United States Attorney, together with the defendant, Stacey Mistler, through Matthew C. Bockmon, Assistant Federal Defender, agree to vacate the change of plea date of October 2, 2014 and set it for December 18, 2014 at 9:30 a.m. for the following reason:

    The reason for the request is to allow defense counsel to review the proposed plea agreement with the defendant in preparation for her change of plea.

    The parties agree that the Court should exclude time from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  The exclusion of time is from September 29, 2014 until December 18, 2014.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  December 18, 2014 | HEATHER E. WILLIAMS<br>Federal Defender |
|   | */s/ MATTHEW C. BOCKMON*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>STACEY MISTLER |
| Dated: December 18, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | /s/ *Matthew C. Bockmon* for<br>OLUSERE OLOWOYEYE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on September 29, 2014, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the change of plea currently set for Thursday, October 2, 2014, be vacated and set for Thursday, December 18, 2014, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' September 29, 2014 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of September 29, 2014, through and including December 18, 2014, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated:  October 2, 2014

_____
Troy L. Nunley
United States District Judge