HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
STACEY MISTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:13-cr-165-TLN |
| Plaintiff, | )<br>) STIPULATION AND ORDER CONTINUING<br>) STATUS CONFERENCE |
| vs. | )<br>) Date: March 19, 2015 |
| STACEY MISTLER, | ) Time: 9:30 a.m.<br>) Judge: Hon. Troy L. Nunley |
| Defendant. | )<br>) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, Olusere Olowoyeye, Assistant United States Attorney, attorney for Plaintiff,

Heather E. Williams, Federal Defender, through Assistant Federal Defender Matthew C.

Bockmon, attorney for Stacey Mistler, agree to vacate the change of plea date of January 22,

2015 and set it for March 19, 2015 at 9:30 a.m. for the following reason:

The reason for the request is to allow defense counsel to review the proposed plea

agreement with the defendant in preparation for her change of plea.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded of this order's date through and including March 19, 2015;  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

1

2
                                  Respectfully submitted,

3
Dated:  January 20, 2015                HEATHER E. WILLIAMS
Federal Defender

4

5
                                  */s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON

6
                                  Assistant Federal Defender
Attorney for Defendant

7
                                  STACEY MISTLER

8
Dated: January 20, 2015                 BENJAMIN B. WAGNER
United States Attorney

9

10
                                  */s/ Olusere Olowoyeye*
OLUSERE OLOWOYEYE

11
                                  Assistant U.S. Attorney
Attorney for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**O R D E R**

2      IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendant in a speedy trial.

8      The Court orders the time from the date the parties stipulated, up to and including March

9   19, 2015, shall be excluded from computation of time within which the trial of this case must be

10   commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11   [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further

12   ordered the January 22, 2015 change of plea hearing shall be continued until March 19, 2015, at

13   9:30 a.m.

14   Dated: January 20, 2015

15

16                                              Troy L. Nunley
                                               United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28