HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
STACEY MISTLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 13-cr-165 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| vs. | ) STATUS CONFERENCE |
| STACEY MISTLER, | ) Date: May 21, 2015 |
|  | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee on behalf of Olusere Olowoyeye, Assistant United States Attorney, attorney for Plaintiff, Heather E. Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Stacey Mistler, agree to vacate the change of plea date of March 19, 2015 and set it for May 21, 2015 at 9:30 a.m. for the following reason:

The reasons for the request are because government counsel is currently on leave until mid-April 2015 and defense counsel requires additional time to review the proposed plea agreement with the defendant in preparation for her change of plea.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including May 21, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  March 16, 2015 | HEATHER E. WILLIAMS<br>Federal Defender |
|   | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>STACEY MISTLER |
| Dated: March 16, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | /s/ Justin Lee for *Olusere Olowoyeye*<br>JUSTIN LEE<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May 21, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 19, 2015 change of plea hearing shall be continued until May 21, 2015, at 9:30 a.m.

Dated: March 16, 2015

Troy L. Nunley
United States District Judge