```
HAYDN-MYER LAW OFFICE
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
7509 Madison Avenue, Suite 109
Citrus Heights, CA 95610
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
STACEY MISTLER
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>STACEY MISTLER,<br><br>        Defendant. | No. 2:13-cr-00165-TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME<br><br>Date:  July 30, 2015<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley |

**STIPULATION**

Plaintiff, United States of America, through Assistant U.S. Attorney Christiaan Highsmith and defendant, Stacey Mistler, through her attorney, Christopher Haydn-Myer, hereby stipulate and agree as follows:

1. A status conference is currently set for July 30th, 2015 at 9:30 a.m.

2. By this stipulation, the above-named defendant now moves to continue the status conference to October 22nd, 2015 at 9:30 a.m., and to exclude time between July 30th, 2015

- 1 -

Mistler stipulation
and proposed order

to October 22nd, 2015 under Local Code T4.  Plaintiff does not oppose this request.

3. The basis upon which the parties agree to this proposed continuance of the status conference is as follows:

   a. Counsel for the defendant was recently appointed, and counsel needs time to review the discovery, meet with the defendant, and then review the previously provided Plea Agreement.  The parties have had discussions about the resolution of the case.  Counsel believes that failure to grant the above-requested continuance would deny his client the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   b. Plaintiff does not object to the continuance.

   c. Based on the above-stated findings, the ends of justice served by continuing the status conference as requested outweigh the best interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d. For the purpose of computing time under the Speedy Trial Act, 16 U.S.C. § 3161, et seq., within which trial must commence, the time period from July 3oth, 2015 to October 22nd, 2015 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(a), B (iv) [Local Code T4] because it

- 2 -

Mistler stipulation
and proposed order

results from a continuance by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Christopher Haydn-Myer has been authorized by counsel to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

DATED: July 27th, 2015          BENJAMIN B. WAGNER
                                Unites States Attorney

                                /s/ Christiaan Highsmith
                                CHRISTIAAN HIGHSMITH
                                Assistant United States Attorney
                                for Plaintiff United States


DATED: July 27, 2015            HAYDN-MYER LAW OFFICE

                                /s/ Christopher Haydn-Myer
                                CHRISTOPHER HAYDN-MYER
                                Attorney for Stacey Mistler

///
///
///
///
///
///
///
///

- 3 -

Mistler stipulation
and proposed order

**ORDER**

IT IS SO FOUND AND ORDERED this 28th of July, 2015.

_____
Troy L. Nunley
United States District Judge